Case No.: 14-22666(RDD)   **Chapter 11 Final Fee Application**   Schedule A
Case Name: Ahmad Salehzadeh   May 1, 2014 through May 4, 2015

| (1) Applicant | (2) Date/ Document Number of Application | (3) Final Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period (if any) | (7) Total Fees to be Paid | (8) Final Expenses Requested | (9) Expenses to be paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Genova & Malin | 5/6/2015 - Doc # | $21,900.00 | $ | $ | $0.00 | $21,900.00 (less $16,287.00) | $2,294.32 | $ 2,294.32 (less $1,213.00 Previously paid) |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |