**<u>FINAL FEE APPLICATION TOTALS</u>**
**May 1, 2014   through   May 4, 2015**

**Case No.: 14-22666 (RDD)**                                                                                   **SCHEDULE B**
**Case Name: AHMAD SALEHZADEH**

| (1)<br>Applicant | (2)<br>Total Fees Requested | (3)<br>Total Fees To Be Paid | (4)<br>Total Expenses Requested | (5)<br>Total Expenses To Be Paid |
|---|---|---|---|---|
| Genova & Malin | $21,900.00 | $17,264.00<br>(less $16,287.00 previously paid) | $2,291.46 | $2,291.46<br>(less $1,213.00 previously paid) |

Dated:  _7/27/15_                                    Initial: <u>RDD</u>   USBJ